**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **8:14CR350** |
| **vs.** | |
| **DANIEL GOYNES,** | **ORDER** |
| **Defendant.** | |

This matter is before the court on the defendant's request for copies of his criminal docket sheet and judgment (Filing No. 48).  The defendant requests the copies be provided without cost to him because he is indigent.  The defendant pleaded guilty and was sentenced, after which a judgment entered on June 23, 2015.  **See** Filing No. 46.

Other than this motion for copies, the defendant has no motions or cases pending before this court, and the defendant makes no showing as to why he needs these documents.  The defendant does not have the right to receive copies of documents without payment, even if he has leave to proceed in forma pauperis.  **See** 28 U.S.C. § 1915; ***Lewis v. Precision Optics, Inc.***, 612 F.2d 1074, 1075 (8th Cir. 1980). Accordingly, the court is not inclined to order copies of documents made at government expense without a pending appeal or some showing of need for the documents.  **See** 28 U.S.C. § 753(f); s**ee also *Chapman v. United States***, 55 F.3d 390, 390-91 (8th Cir. 1995) (stating any request for a free transcript prior to the filing of a 28 U.S.C. § 2255 motion is premature).  The defendant may, of course, pay the costs of preparing the copies of the filings.

**IT IS ORDERED**:

The defendant's request for free copies (Filing No. 48) is denied.

Dated this 16th day of March, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge