# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 8:14CR350 |
| ) | |
| Plaintiff, ) | |
| ) | JUDGMENT |
| vs. ) | |
| ) | |
| DANIEL GOYNES, ) | |
| ) | |
| Defendant. ) | |

For the reasons discussed in the Court's Memorandum and Order of this date:

IT IS ORDERED:

1. The Court has completed the initial review of the "Independent Action, Fraud, Misrepresentation, Showing Just Cause to Set Aside Judgment, Pursuant to Federal Rules of Civil Procedure, Rule 60(b)(3)(6) and Rule 60(d)(1)(3) Pro Se," submitted by Defendant Daniel Goynes, ECF No. 52, which the Court has construed as a motion pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in federal custody; ;

2. Upon initial review, the Court summarily dismisses Defendant's Motion, ECF No. 52; and

3. The Clerk is directed to mail a copy of this Judgment to the Defendant at his last known address.

DATED this 25th day of May, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge