## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:14CR350 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MEMORANDUM |
| vs. | ) | AND ORDER |
| | ) | |
| DANIEL GOYNES, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the "Reconsideration Pursuant to Federal Rule of Civil Procedure Rule 59(e), Pro Se," submitted by Defendant Daniel Goynes, ECF No. 57.

Goynes pled guilty to Counts III and IV of the Indictment, charging him with violations of 18 U.S.C. § 924(c) (using, possessing, or carrying a firearm in connection with a drug trafficking offense) and 21 U.S.C. §§ 841(a)(1) and 841(b)(1) (possession of cocaine base with intent to distribute). He was sentenced to a term of 99 months incarceration (60 months on Count III and 33 months on County IV, consecutive), followed by three years supervised release on each count, concurrent, pursuant to the parties' Rule 11(c)(1)(C) plea agreement. Judgment was entered on June 23, 2015, and the Defendant did not appeal. In the parties' plea agreement, the Defendant waived his right of appeal and collateral attack. On April 27, 2017, the Defendant filed a motion asking the Court to vacate his sentence pursuant to Federal Rules of Civil Procedure 60(b)(3)(6) and 60(d)(1)(3). See ECF No. 52. The Court interpreted the motion as one pursuant to 28 U.S.C. § 2255 and denied the motion, following initial review. See ECF Nos. 53, 54. The Defendant now asks the Court to reconsider that ruling, pursuant to Federal Rule of Civil Procedure 59(e).

The Court has reviewed its Memorandum and Order denying the Defendant's earlier motion, as well as all related pleadings and the record of the proceedings, and finds no reason that the Memorandum and Order, ECF No. 53, or the Judgment, ECF No. 54, should be altered or amended.

Accordingly,

IT IS ORDERED:

1. The Defendant's Motion for "Reconsideration Pursuant to Federal Rule of Civil Procedure Rule 59(e), Pro Se," ECF No. 57, is denied; and

2. The Clerk is directed to mail a copy of this Memorandum and Order to the Defendant at his last known address.

DATED this 19th day of July 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge